PER CURIAM.—The record in this case, except in the matter of the party appellant and slight details immaterial to the issue involved, is the same as in *W. H. McGirk, Appellant, v. Seventy-Six Cattle Company, a Corporation, Appellee, ante,* p. 354, 300 Pac. 181.

Let the same order be entered in this as in the McGirk case.

[Civil No. 3010. Filed June 16, 1931.]

[300 Pac. 182.]

## CLAUD GARDNER, Appellant, v. SEVENTY–SIX CATTLE COMPANY, a Corporation, Appellee.

Mr. B. H. Gibbs, for Appellant.

Mr. J. Verne Pace and Mr. Jesse A. Udall, for Appellee.

PER CURIAM.—The record in this case, except in the matter of the party appellant and slight details immaterial to the issue involved, is the same as in *W. H. McGirk, Appellant, v. Seventy-Six Cattle Company, a Corporation, Appellee, ante,* p. 354, 300 Pac. 181.

Let the same order be entered in this as in the McGirk case.